IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIAN DAVID BASS,

       Appellant,

v.

       Case No. 5D22-2772
       LT Case No. 2018-CF-003940

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed May 23, 2023

3.800 Appeal from the Circuit Court
for Marion County,
Lisa Herndon, Judge.

Brian David Bass, Perry, pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD and KILBANE, JJ., concur.